UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| LESLIE R HANLEY, | ) | |
| | ) | |
| Plaintiff, | ) | 3:19-CV-00100-DCLC |
| | ) | |
| vs. | ) | |
| | ) | |
| WYNDHAM VACATION OWNERSHIP, INC., | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge [Doc. 32]. No objections have been filed to the Report and Recommendation in the time allowed.

In that Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Motion to Strike Certain Defenses in Defendant's Answer [Doc. 12] be denied. In her motion, Plaintiff argues that Defendant's affirmative defenses in paragraphs 2-7 and 9 be struck as Defendant failed to provide sufficient facts to provide fair notice of the grounds for each claim under a heightened pleading standard [Doc. 12]. However, as Defendant argued, the Magistrate Judge found that under the appropriate pleading standard, Defendant's affirmative defenses do give Plaintiff fair notice of the nature of the offense [Docs. 22, 32].

Therefore, after careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein,

it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and Plaintiff's Motion to Strike Certain Defense in Defendant's Answer [Doc. 12] is **DENIED**.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge